IN THE CIRCUIT COURT OF THE
FOURTH JUDICIAL CIRCUIT IN AND
FOR DUVAL COUNTY, FL

CASE NO.

**LORRAINE S. ADAMS AND WILLIAM R. ADAMS,**

      Plaintiffs,

v.

**NATIONWIDE MUTUAL INSURANCE COMPANY,**

      Defendant.

_____/

## COMPLAINT

Plaintiffs, **LORRAINE S. ADAMS AND WILLIAM R. ADAMS**, sue the Defendant, **NATIONWIDE MUTUAL INSURANCE COMPANY**, and allege as follows:

1. This is an action for damages in excess of Thirty Thousand Dollars ($30,000.00), exclusive of prejudgment interest, attorney's fees, and costs.

2. At all material times, Defendant was a corporation, duly authorized and licensed to transact insurance business in the State of Florida. Defendant regularly conducted business, had offices, and/or maintained agents for the transaction of its customary business in Duval County, Florida.

3. Plaintiffs reside in Duval County, Florida, and are otherwise *sui juris*.

4. Plaintiffs' dwelling, located at 1010 Cherbourg Avenue E, Jacksonville, FL 32205 (hereafter "the Property"), sustained covered physical loss during the policy.

5. Plaintiffs' dwelling has a drainage plumbing system (hereafter "plumbing system") that has failed, causing the direct physical loss during policy.

EXHIBIT 1

6. The failed plumbing system will cause further loss until it is replaed and therefore the Plaintiffs must tear out and replace the portions of the building necessary to gain access to the plumbing system.

7. Plaintiffs notified Defendant of the loss caused by the plumbing system.

8. Defendant assigned claim number 351033-GM to the loss.

9. Defendant assigned a date of loss of September 1, 2021.

10. Defendant insured Plaintiffs' dwelling, pursuant to insurance contact with policy number 77 09 HR 026757 (hereafter "the Policy").

11. The Policy, including the coverages to protect Plaintiffs against the above loss, was in full force and effect as to the Plaintiffs when Plaintiffs' property was damaged. Plaintiffs are unsure whether Plaintiffs have a complete copy of the policy; however, a complete copy of the Policy has been requested from Defendant and will be produced during discovery.

12. All Conditions precedent to filing this action have been satisfied, waived or defendant is estopped from raising same.

13. On September 27, 2021, Plaintiffs submitted to Defendant an estimate for repairs to Plaintiffs' dwelling related to the covered losses.  Defendant failed or refused to pay the appropriate amount for the repairs.

14. Defendant chose to deny coverage for Plaintiffs' covered losses.

15. As a result, Defendant has failed to pay for all of Plaintiffs' losses.

16. Defendant's failure to pay for all of Plaintiffs' losses is a material breach of contract.

17. As a result of Defendant's material breach of contract, it has become necessary for Plaintiffs to retain the services of the undersigned attorney.

18. Plaintiffs retained counsel to protect their rights under the policy.

**WHEREFORE**, Plaintiffs demand judgment against Defendant for all losses with interest on any overdue payments, plus attorney's fees and costs, pursuant to sections 627.428, 57.041, and 92.231, Florida Statutes, and demands a trial by jury.

Dated this 11th day of February, 2022.

THE NATION LAW FIRM, LLP

_____
Corey B. Justus, Esquire
Florida Bar No. 113864
570 Crown Oak Centre Drive
Longwood, FL  32750
Telephone:  (407) 339-1104
Facsimile:  (407) 339-1118
Primary Email: kbrowne@nationlaw.com
Secondary Email:  cjustus@nationlaw.com
Attorneys for Plaintiff